UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
12 SEP -5 PM 1:19
CLERK, U.S. ...
SOUTHERN DISTRICT OF CALIFORNIA
BY: /s/
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>JOSE EDUARDO MAGANA-LOPEZ (2),<br><br>                  Defendant. | CASE NO. 10CR4792-H<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the oral motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offenses as charged in the Indictment and Superseding Information respectively:

    21 USC 952, 960, and 963 - Conspiracy to Import Marijuana

    21 USC 841(a)(1) and 846 - Conspiracy to Distribute Marijuana

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9-5-12

                                            _/s/ Marilyn L. Huff_
                                            HON. MARILYN L. HUFF
                                            UNITED STATES DISTRICT JUDGE